UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES JONES #339912                                    CIVIL ACTION

VERSUS                                                 NO. 06-5477

LIONEL D. BERNIARD                                     SECTION: "J"(3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Written Motion of Objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court also notes that this case cannot be electronically transferred to a state court as Plaintiff requests. Plaintiff must file a state petition. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), but without prejudice to his asserting his state law claims in an appropriate state court forum.

New Orleans, Louisiana, this   31st   day of October, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE